Opinion issued July 20, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00373-CV






IN RE GT VENTURE MANAGEMENT, AG AND SACHA H. SPINDLER,
Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relators, GT Venture Management, AG and
Sacha H. Spindler, challenge the trial court's order granting a motion to disqualify. 
 

We deny the petition for writ of mandamus. All outstanding motions are
denied as moot. 

Per Curiam 


Panel consists of Justices Jennings, Alcala, and Massengale. 


1. The underlying case is GT Venture Management, AG, Sacha H. Spindler, and
Nationwide Utilities Corporation f/k/a Pluris Energy Group, Inc. v. Kenneth Koepke,
No. 2010-11387 in the 113th Judicial District Court of Harris County, Texas, the
Hon. Patricia Hancock, presiding.